FILED

OCT - 4 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Abdul Ayat Mohammed Bey a.k.a.      )
Ronald B. Britt-Bey,                )
                                    )
            Plaintiff,              )
                                    )
    v.                              )      Civil Action No.    **12 1649**
                                    )
George Herbert Walker Bush *et al.* )
                                    )
            Defendants.             )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint upon a determination that it, among other grounds, is frivolous. 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff, a District of Columbia resident, purports to sue former Presidents George Herbert Walker Bush and George Walker Bush. The complaint's allegations are mostly incomprehensible and fail to implicate the named defendants in any wrongdoing. Nevertheless, plaintiff seeks, *inter alia*, to enjoin the named defendants "from torturous inhumane and unconstitutional water boarding" and "from 25 year embezzlement of plaintiff-Bey . . . ." Compl. at 10 (page number supplied). Plaintiff also seeks $5 billion in monetary damages. *Id.* at 11.

The complaint presents the type of fantastic or delusional scenarios warranting dismissal under § 1915(e)(2) as frivolous. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Best v. Kelly*, 39 F.3d 328, 330-31 (D.C. Cir. 1994). Furthermore, the allegations "constitute the sort of

1

patently insubstantial claims" that deprive the Court of subject matter jurisdiction. *Tooley v. Napolitano*, 586 F.3d 1006, 1010 (D.C. Cir. 2009); *see Caldwell v. Kagan*, 777 F. Supp.2d 177, 178 (D.D.C. 2011) ("A district court lacks subject matter jurisdiction when the complaint 'is patently insubstantial, presenting no federal question suitable for decision.' ") (quoting *Tooley*, 586 F.3d at 1009). Hence, the complaint will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

United States District Judge

Date: September 27th, 2012